| | |
|---|---|
| County Court Arapahoe County, Colorado<br>Court Address:<br>1790 West Littleton Blvd<br>Littleton, CO 80120 | |
| Plaintiff(s): Lena Maes<br>v.<br>Defendant(s): Wakefield & Associates, Inc.; Equifax Information Services, LLC; Experian Information Solutions, Inc.; Trans Union, LLC | DATE FILED: December 1, 2017 12:45 PM<br>FILING ID: 1841B3F7BFC78<br>CASE NUMBER: 2017C49717<br>▲ COURT USE ONLY ▲ |
| Attorney for Plaintiff:<br>Matthew R. Osborne #40835<br>11178 Huron Street, Suite 7<br>Northglenn, CO 80234<br>Phone Number: 303-759-7018<br>E-mail: matt@mrosbornelawpc.com | Case Number:<br><br>Division      Courtroom |

**COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE**

1. Wakefield & Associates, Inc. ("Wakefield & Associates") is located at 10800 E Bethany Dr, Suite 450, Aurora, CO 80014.

    Equifax Information Services, LLC ("Equifax") is located at 1550 Peachtree St NW, Atlanta, GA 30309.

    Experian Information Solutions, Inc ("Experian") is located at 475 Anton Boulevard, Costa Mesa, CA 92626.

    Trans Union, LLC ("Trans Union") is located at 555 W Adams St., Chicago, IL 60661.

2. The amount claimed herein does not exceed the jurisdiction of the court.

3. Such claim arises from the following event(s) or transaction(s):

    Plaintiff's minor son received medical services at various points in 2015 from University of Colorado Medicine. Plaintiff was on Medicaid at the time of her son's medical services. By statute, C.R.S. § 25.5-4-301(II), Plaintiff was therefore not personally liable for the services. Nevertheless, University of Colorado Medicine turned over Plaintiff to Defendant Wakefield & Associates to collect from Plaintiff personally. Wakefield & Associates then reported to all 3 major consumer reporting agencies that Plaintiff was personally liable, in collections, and other derogatory information. Plaintiff disputed the inaccurate information on multiple occasions with Defendants Equifax, Experian, and Trans Union.
    On information and belief, Defendants Equifax, Experian, and Trans Union notified Wakefield & Associates of Plaintiff's dispute through the e-Oscar system by sending an ACDV form. Wakefield & Associates failed to perform a reasonable investigation into Plaintiff's disputes, and improperly "verified" the accuracy of its reporting to the consumer reporting agencies, which was a violation of 15 U.S.C. § 1681s-2(b).
    Equifax, Experian, and Trans Union each failed to perform a reasonable re-investigation into Plaintiff's disputes by merely parroting the response received from Wakefield & Associates, which was a violation of 15 U.S.C. § 1681i. The Defendants' violations of the FCRA caused Plaintiff actual damages to be determined at trial, including inconvenience, frustration, worry, stress, humiliation, lost credit opportunities and emotional distress. Plaintiff also seeks statutory damages of $1,000, punitive damages, plus attorney fees and costs.

4. The Defendant(s) ☐ is (are)  ☒ is not (are not)  in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts: Defendant is a corporation.

5. The Plaintiff(s) ☒ does (do) ☐ does (do) not demand trial by jury (if demand is made, a jury fee must be paid).

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

s/ Matthew R. Osborne
Attorney for Plaintiff